Jennifer Librach Nall
*(Pro Hac Vice To Be Filed)*
Texas State Bar No. 24061613
jennifer.nall@us.dlapiper.com
Shawn Bastani
*(Pro Hac Vice To Be Filed)*
Texas State Bar No. 24127680
shawn.bastani@us.dlapiper.com
**DLA Piper LLP (US)**
303 Colorado Street,
Suite 3000
Austin, Texas 78701
Telephone:     512.457.7000
Facsimile:     512.457.7001

Mary Dahl
State Bar No. 336232
mary.dahl@us.dlapiper.com
**DLA Piper LLP (US)**
3203 Hanover Street,
Suite 100
Palo Alto, CA 94304
Telephone:     650.833.2000
Facsimile:     650.833.2001

Attorneys for Applicant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>Amazon EU S.à.r.l.<br><br>Applicant, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Case No. 5:26-mc-80013<br><br>**EX PARTE APPLICATION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

Applicant Amazon EU S.à.r.l. ("Amazon"), pursuant to 28 U.S.C. § 1782, respectfully requests an order authorizing Amazon to obtain discovery from Google, Inc. for use in litigation pending before the Mannheim Regional Court in Germany. In support of this Application, Amazon submits, among other documents, a Memorandum of Law, and Document Subpoena.

Pursuant to Civil L.R. 7-10, Amazon notes that "[a]n *ex parte* application is an acceptable method for seeking discovery pursuant to § 1782." *In re Action & Prot. Found.*, 2015 U.S. Dist. LEXIS 54938, at *16 (N.D. Cal. Apr. 27, 2015) (citing *In re Letters Rogatory from Tokyo Dist., Tokyo, Japan*, 539 F.2d 1216, 1219 (9th Cir. 1976)); *see Med. Corp. v. Google, LLC*, No. 22-mc-80077-HSG, 2022 U.S. Dist. LEXIS 181634, at *3 (N.D. Cal. Oct. 4, 2022) ("Applications brought pursuant to 28 U.S.C. § 1782 typically are considered on an ex parte basis.").

Respectfully submitted,

Dated: January 16, 2026

By: */s/ Mary Dahl*
Mary Dahl
California State Bar No. 336232
mary.dahl@us.dlapiper.com
**DLA Piper LLP (US)**
3203 Hanover Street,
Suite 100
Palo Alto, CA 94304
Telephone: 650.833.2000
Facsimile: 650.833.2001

Jennifer Librach Nall
*(Pro Hac Vice To Be Filed)*
Texas State Bar No. 24061613
jennifer.nall@us.dlapiper.com
Shawn Bastani
*(Pro Hac Vice To Be Filed)*
Texas State Bar No. 24127680
shawn.bastani@us.dlapiper.com
**DLA Piper LLP (US)**
303 Colorado Street,
Suite 3000
Austin, Texas 78701
Telephone: 512.457.7000
Facsimile: 512.457.7001
**Attorneys for Amazon EU S.à.r.l.**

1626753179