1 Jennifer Librach Nall
   *(Pro Hac Vice To Be Filed)*
2 Texas State Bar No. 24061613
   jennifer.nall@us.dlapiper.com
3 Shawn Bastani
   *(Pro Hac Vice To Be Filed)*
4 Texas State Bar No. 24127680
   shawn.bastani@us.dlapiper.com
5 **DLA Piper LLP (US)**
6 303 Colorado Street,
   Suite 3000
7 Austin, Texas 78701
   Telephone:    512.457.7000
8 Facsimile:    512.457.7001
9
   Mary Dahl
10 California State Bar No. 336232
    mary.dahl@us.dlapiper.com
11 **DLA Piper LLP (US)**
12 3203 Hanover Street,
    Suite 100
13 Palo Alto, CA 94304
    Telephone:    650.833.2000
14 Facsimile:    650.833.2001
15
16 Attorneys for Applicant

17              IN THE UNITED STATES DISTRICT COURT

18          FOR THE NORTHERN DISTRICT OF CALIFORNIA

19 | In re Application of | Case No. 5:26-mc-80013 |

20 | Amazon EU S.à.r.l. | **[PROPOSED] ORDER GRANTING APPLICANT AMAZON EU S.À.R.L.'S EX PARTE APPLICATION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |
21
22 Applicant, for an Order Pursuant to
   28 U.S.C. § 1782 to Conduct Discovery
   for Use in a Foreign
23 Proceeding

24
25
26
27
28

Upon consideration of the petition for assistance in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782 (the "Application") submitted by applicant Amazon EU S.à.r.l. ("Applicant"), and all papers submitted in support thereof, the Court finds that (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied and (2) the factors identified by the Supreme Court of the United States in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application, and makes the following orders:

1.      The Application is **GRANTED**;

2.      Applicant is granted leave to serve this Order and the subpoena attached to the Application as Exhibit 2 upon Google LLC; and

3.      Google LLC is ordered to comply with such subpoenas in accordance with and subject to its rights under the Federal Rules of Civil Procedure and the Rules of this Court.

**IT IS SO ORDERED.**

DATED:_____, 2026

_____
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
CALIFORNIA JUDGE

[PROPOSED] ORDER ON EX PARTE APP.
CASE NO. 5:26-MC-80013

1627945068