Jennifer Librach Nall
*(Pro Hac Vice To Be Filed)*
Texas State Bar No. 24061613
jennifer.nall@us.dlapiper.com
Shawn Bastani
*(Pro Hac Vice To Be Filed)*
Texas State Bar No. 24127680
shawn.bastani@us.dlapiper.com
**DLA Piper LLP (US)**
303 Colorado Street,
Suite 3000
Austin, Texas 78701
Telephone:     512.457.7000
Facsimile:     512.457.7001

Mary Dahl
California State Bar No. 336232
mary.dahl@us.dlapiper.com
**DLA Piper LLP (US)**
3203 Hanover Street,
Suite 100
Palo Alto, CA 94304
Telephone:     650.833.2000
Facsimile:     650.833.2001

Attorneys for Applicant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>Amazon EU S.à.r.l.<br><br>Applicant, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Case No. 5:26-mc-80013<br><br>**APPLICANT AMAZON EU S.À.R.L'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party

that could be substantially affected by the outcome of this proceeding:

- Amazon EU S.à.r.l. is a subsidiary of Amazon.com, Inc. Amazon.com, Inc. is a publicly held corporation. Amazon.com, Inc. has no parent corporation and no publicly held corporation is known to own 10% or more of its stock.

- Inodyn NewMedia GmBH ("Inodyn"): Amazon EU S.à.r.l. seeks an order authorizing it to obtain discovery from Google LLC for use in litigation with Inodyn.

- Google LLC: Amazon EU S.à.r.l. seeks an order authorizing it to obtain discovery from Google LLC.

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict to report.

Respectfully submitted,

Dated: January 16, 2026                    By: */s/ Mary Dahl*
                                               Mary Dahl
                                               California State Bar No. 336232
                                               mary.dahl@us.dlapiper.com
                                               **DLA Piper LLP (US)**
                                               3203 Hanover Street,
                                               Suite 100
                                               Palo Alto, CA 94304
                                               Telephone: 650.833.2000
                                               Facsimile: 650.833.2001

APPLICANT AMAZON EU S.À.R.L'S
CERTIFICATION OF CONFLICTS AND
INTERESTED ENTITIES OR PERSONS
CASE NO. 5:26-MC-80013

Jennifer Librach Nall
*(Pro Hac Vice To Be Filed)*
Texas State Bar No. 24061613
jennifer.nall@us.dlapiper.com
Shawn Bastani
*(Pro Hac Vice To Be Filed)*
Texas State Bar No. 24127680
shawn.bastani@us.dlapiper.com
**DLA Piper LLP (US)**
303 Colorado Street,
Suite 3000
Austin, Texas 78701
Telephone: 512.457.7000
Facsimile:  512.457.7001

**Attorneys for Amazon EU S.à.r.l.**

APPLICANT AMAZON EU S.À.R.L'S
CERTIFICATION OF CONFLICTS AND
INTERESTED ENTITIES OR PERSONS
CASE NO. 5:26-MC-80013