Jennifer Librach Nall
*(Pro Hac Vice To Be Filed)*
Texas State Bar No. 24061613
jennifer.nall@us.dlapiper.com
Shawn Bastani
*(Pro Hac Vice To Be Filed)*
Texas State Bar No. 24127680
shawn.bastani@us.dlapiper.com
**DLA Piper LLP (US)**
303 Colorado Street,
Suite 3000
Austin, Texas 78701
Telephone:    512.457.7000
Facsimile:    512.457.7001

Mary Dahl
California State Bar No. 336232
mary.dahl@us.dlapiper.com
**DLA Piper LLP (US)**
3203 Hanover Street,
Suite 100
Palo Alto, CA 94304
Telephone:    650.833.2000
Facsimile:    650.833.2001

Attorneys for Applicant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Application of<br><br>Amazon EU S.à.r.l.<br><br>Applicant, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding | Case No. 5:26-mc-80013<br><br>**APPLICANT AMAZON EU S.À.R.L.'S CORPORATE DISCLOSURE STATEMENT** |

Under Federal Rule of Civil Procedure 7.1, Applicant Amazon EU S.à.r.l. hereby discloses that it is a subsidiary of Amazon.com, Inc. Amazon.com, Inc. is a publicly held corporation. Amazon.com, Inc. has no parent corporation, and no publicly held corporation is known to own 10% or more of its stock.

Respectfully submitted,

Dated: January 16, 2026

By: */s/ Mary Dahl*
   Mary Dahl
   California State Bar No. 336232
   mary.dahl@us.dlapiper.com
   **DLA Piper LLP (US)**
   3203 Hanover Street,
   Suite 100
   Palo Alto, CA 94304
   Telephone: 650.833.2000
   Facsimile:  650.833.2001

   Jennifer Librach Nall
   *(Pro Hac Vice To Be Filed)*
   Texas State Bar No. 24061613
   jennifer.nall@us.dlapiper.com
   Shawn Bastani
   *(Pro Hac Vice To Be Filed)*
   Texas State Bar No. 24127680
   shawn.bastani@us.dlapiper.com
   **DLA Piper LLP (US)**
   303 Colorado Street,
   Suite 3000
   Austin, Texas 78701
   Telephone: 512.457.7000
   Facsimile:  512.457.7001

   **Attorneys for Amazon EU S.à.r.l.**